SAMSUNG ELECTRONICS CO., LTD. and Samsung Telecommunications America, LLC, Appellants,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Apple Inc., Intervenor.

No. 2013–1519.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

Charles K. Verhoeven, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, CA, argued for appellants. With him on the brief were Kevin P. Johnson and Victoria F. Maroulis, of Redwood Shores, CA; Alan L. Whitehurst, Derek L. Shaffer and Marissa R. Ducca, of Washington, DC; and Thomas D. Pease, of New York, NY. Of counsel were William Adams and Kathleen M. Sullivan of New York, NY; Paul F. Brinkman and Scott A. Lasher, of Washington, DC, and Robert Jason Becher, of Los Angeles, CA.

Clark S. Cheney, Attorney, Office of General Counsel, United States International Trade Commission, of Washington,

DC, argued for appellee. With him on the brief were Dominic L. Bianchi, General Counsel, and Wayne W. Herrington, Assistant General Counsel.

William F. Lee, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for intervenor. With him on the brief were Richard W. O'Neill and Joseph J. Mueller; Mark D. Selwyn, of Palo Alto, California; James L. Quarles III, Nina S. Tallon and Gregory H. Lantier, of Washington, DC; and James M. Dowd, of Los Angeles, CA. Of counsel were Mark C. Fleming and Lauren B. Fletcher, of Boston, MA.

PROST, MAYER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**